```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES,                      :
                                    :   07-CR-12 (LAP)
                                    :
            Plaintiff,              :   ORDER
                                    :
    v.                              :
                                    :
DANIEL DEANDRADE,                   :
                                    :
            Defendant.              :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-19-19

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Deandrade may reply to the Government's submission [dkt. no. 98] no later than December 20, 2019.

SO ORDERED.

DATED:    New York, New York
           November 19, 2019

*[signature]*
LORETTA A. PRESKA
Senior U.S. District Judge

1