UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>DANIEL DEANDRADE,<br><br>               Defendant. | 07 CR. 12 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Daniel Deandrade's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (See dkt. no. 108.)  The Government shall respond to Mr. Deandrade's motion no later than February 12, 2021.  Mr. Deandrade may reply no later than February 26, 2021.

    The Clerk of Court shall mail a copy of this order to Mr. Deandrade.

    **SO ORDERED.**

Dated:    New York, New York
            January 22, 2021

                                          */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge