UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

DANIEL DEANDRADE,

               Defendant.

7 CR 12 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Daniel DeAndrade's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582. (Dkt. no. 115.) The Government shall respond to the motion by March 30, 2023. Mr. DeAndrade shall file any reply by April 20, 2023.

    The Clerk of the Court is directed to mail a copy of this order to Mr. DeAndrade.

**SO ORDERED.**

Dated:    New York, New York
           March 2, 2023

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1