UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :   07-cr-12 (LAP)
        -v.-                        :
                                    :   ORDER
DANIEL DEANDRADE,                   :
                                    :
        Defendant.                  :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Deandrade's motion for compassionate release, (dkt. no. 115), the Government's opposition, (dkt. no. 117), and Mr. Deandrade's reply, (dkt. no. 118).

    Attorney Carlos Santiago, appointed to represent Mr. Deandrade on April 30, 2024 (dkt. no. 120), shall inform the Court promptly if the motion should be considered sub judice.

SO ORDERED.

Dated:   New York, New York
         November 26, 2024

                                           _____
                                           LORETTA A. PRESKA
                                           Senior United States District Judge